IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PLEZ WILLIAMSON,

    Plaintiff,                       CV F 02 5049 AWI  WMW  P

  vs.                                 <u>ORDER RE MOTION  (DOC 25 )</u>

CCI BUTLER,  et al.,

    Defendants.

       Plaintiff is a former state prisoner proceeding with retained counsel in a civil rights action.  Prior to his release and the retention of retained counsel, plaintiff filed a motion for discovery sanctions and to compel discovery.   There has been no discovery order entered in this case. Until such time as a discovery order has been entered, no discovery may be had by any party.  Plaintiff's motions are therefore premature.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for sanctions and to compel discovery are denied.

IT IS SO ORDERED.

**Dated:**  <u>**August 9, 2005**</u>           <u> /s/  William M. Wunderlich</u>
mmkd34                                  UNITED STATES MAGISTRATE JUDGE