IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PLEZ WILLIAMSON,

       Plaintiff,                         CV F 02 5049 AWI WMW   P

  vs.                                  ORDER RE MOTION (DOC 48 )

T. BUTLER,

       Defendant.

       Plaintiff seeks the entry of default against defendant Butler for failure to respond to the complaint.  On August 5, 2005, defendant Butler appeared by motion to dismiss. Plaintiff's motion for the entry of default against defendant T. Butler is therefore denied.

IT IS SO ORDERED.

**Dated:**   **March 8, 2006**               **/s/  William M. Wunderlich**
mmkd34                                  UNITED STATES MAGISTRATE JUDGE

1